IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEBRA FARROW, as natural mother and on behalf of the decedent minor child, DeAunte Farrow, | * * * * |
| Plaintiff, | * |
| vs. | *   No. 3:07cv00097 SWW |
| | * * |
| ERIK SAMMIS, JIMMY ELLIS, WILLIAM JOHNSON, individually and in his official capacity as Mayor of the City of West Memphis, Arkansas; ROBERT PAUDERT, individually and in his official capacity as Chief of Police for the West Memphis Police Department; and the CITY OF WEST MEMPHIS, ARKANSAS, | * * * * * * * * * |
| Defendants. | * |

ORDER

Plaintiff's motion [doc.#2] to admit attorney Javier Michael Bailey pro hac vice is hereby granted.

IT IS SO ORDERED this 31st day of July, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE