IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBRA FARROW, as natural mother and     *
on behalf of the decedent minor child,     *
DeAunte Farrow,     *
    *
         Plaintiff,     *
vs.     *     No. 3:07cv00097 SWW
    *
    *
ERIK SAMMIS, JIMMY ELLIS,     *
WILLIAM JOHNSON, individually and     *
in his official capacity as Mayor of the City     *
of West Memphis, Arkansas; ROBERT     *
PAUDERT, individually and in his official     *
capacity as Chief of Police for the West     *
Memphis Police Department; and the CITY     *
OF WEST MEMPHIS, ARKANSAS,     *
    *
         Defendants.     *

ORDER

Plaintiff's motion [doc.#2] to admit attorney Javier Michael Bailey pro hac vice is hereby granted.

IT IS SO ORDERED this 31st day of July, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE