IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEBRA FARROW, as natural mother and on behalf of the decedent minor child, DeAunte Farrow, <br><br> Plaintiff, <br> vs. <br><br> ERIK SAMMIS, JIMMY ELLIS, WILLIAM JOHNSON, individually and in his official capacity as Mayor of the City of West Memphis, Arkansas; ROBERT PAUDERT, individually and in his official capacity as Chief of Police for the West Memphis Police Department; and the CITY OF WEST MEMPHIS, ARKANSAS, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * No. 3:07cv00097 SWW <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Defendants' motion [doc.#27] to hold in abeyance the current deadlines set forth in this Court's initial scheduling order until such time as a ruling is made on pending motions to dismiss and to intervene and stay proceedings is hereby granted.

IT IS SO ORDERED this 31st day of October 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE