IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DEBRA FARROW, individually as the natural mother and sole custodian of DeAunte Farrow and on behalf of her deceased minor child, DEAUNTE FARROW, | * * * * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 3:07cv00097 SWW |
| | * * | |
| ERIK SAMMIS, individually and in his official capacity as an officer of the West Memphis Police Department; JIMMY EVANS, individually and in his official capacity as an officer of the West Memphis Police Department; WILLIAM JOHNSON, individually and in his official capacity as Mayor of the City of West Memphis, Arkansas; ROBERT PAUDERT, individually and in his official capacity as Chief of Police for the West Memphis Police Department; and the CITY OF WEST MEMPHIS, ARKANSAS, | * * * * * * * * * * * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 7th day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE